■ KATHERINE L. SHELLEY, Appellant, v FLOW INTERNATIONAL CORPORATION et al., Respondents, et al., Defendant. (Appeal No. 2.) [724 NYS2d 921] —Order unanimously modified on the law and as modified affirmed without costs in accordance with the same Memorandum as in *Shelley v Flow Intl.*

*Corp.* (283 AD2d 958 [decided herewith]). (Appeal from Order of Supreme Court, Onondaga County, Murphy, J.—Summary Judgment.) Present—Pigott, Jr., P. J., Pine, Wisner, Scudder and Burns, JJ.